LOUISE GUCKER, Plaintiff, v. ANNA KOPP, Appellant, Impleaded with Others, Defendants, and ALBERT KOPP and DANIEL J. MOONEY, as Executors, etc., and Another, Respondents.

*Dower — application for gross sum — partition.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 15th day of February, 1915, denying the application of Anna Kopp to have a gross sum assigned to her for dower.

SCOTT, J.: On February 5, 1906, a judgment was entered in a partition action in which the appellant Anna Kopp and her husband were parties, the latter being seized of an undivided interest in the real property partitioned. At that time appellant declined to accept a gross sum in lieu of her then inchoate right of dower and the sum of $24,371.94 was deposited in court to protect said inchoate right. The judgment contained the summary provision that any party to the action might at any time thereafter "apply to this court * * * for such further direction, judgment or order in the premises." The husband is now dead and appellant's right to dower has become consummate. She now applies for an order that a gross sum be awarded to her in lieu of her dower right. We think that the motion should have been granted. The fact that she declined a gross sum in lieu of her inchoate right is no reason why her present application should be denied. The fund stands in the place of the land, and her right to a gross sum by way of admeasurement has become absolute. The order appealed from should be reversed, with ten dollars costs and disbursements, and motion granted. Ingraham, P. J., Clarke, Dowling and Hotchkiss, JJ., concurred. Order reversed, with ten dollars costs and disbursements, and motion granted.

---

TENEMENT HOUSE DEPARTMENT OF THE CITY OF NEW YORK, Respondent, v. TWO HUNDRED AND TWO HUNDRED AND TWO MANHATTAN AVENUE, BOROUGH OF MANHATTAN, CITY OF NEW YORK, Appellant.

Appeal from an order of the Supreme Court, made at Special Term and entered in the New York county clerk's office on the 7th day of April, 1915, denying the defendant's motion for a trial by jury.

PER CURIAM: The action being one to enforce a penalty defendant had a constitutional right to a jury trial which, under the circumstances disclosed, we hold was not waived. The order should be reversed, without costs, and the motion granted, without costs to the extent of framing the following issues: (1) At the time or times alleged in the complaint were the therein described premises, Nos. 200 and 202 Manhattan avenue, a tenement house? (2) At said time or times were said premises used for the purpose of a house of prostitution or assignation of any description, with the permission of the owner thereof or his agent? Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, without costs, and motion granted, without costs, to the extent stated in opinion.